# Exhibit 2

May 19, 2015

REGISTRATION #: 10431133
SHAREEF ABDUR-RAHEEM
1098 LANCELOT DR
NORCROSS GA 30071


Dear Applicant:

The GWINNETT County Board of Registrars recently received your voter registration application. In our attempt to process your application, we were advised that information you provided on  the application does not match information on file with the Georgia Department of Driver Services and/or the Social Security Administration.

Pursuant to state and federal law, data files are sent to the Department of Driver Services on a daily basis for verification of information provided on voter registration application. This information is kept confidential and matched with motor vehicle records and against records on the Social Security Administration.

Your information did not match the records at SSA.

You may correct the information by clearly printing the requested information directly on this letter and returning it to this office. The required  information must be received in this office not later than **Jun 28, 2015**. You may return the required information by personal delivery, mail, email  as an attachment or by facsimile. Failure to provide the required information will result in the rejection of your application.

You may also choose to complete a new voter registration application.

If you have received this notice within 30 days of an election or primary, you may still be able to vote by providing proper identification at the time you request a ballot.

Your Polling Place for State and County Elections:
**PRECINCT NAME: 114**
**HOPEWELL BAPTIST CHURCH**
**NORCROSS GA 30071 - 0000**
**182 HUNTER ST**

TO BE FILLED IN BY APPLICANT:
LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: _____
FIRST NAME:  _____
LAST NAME:  _____
DATE OF BIRTH: _____
GEORGIA DRIVER'S LICENSE OR IDENTIFICATION CARD NUMBER: _____

_____   _____   _____
Date                    Signature of Applicant          Signature of person helping illiterate or disabled voter

*NOTE: You must supply a Georgia driver's license number or an identification card number issued by the Georgia Department of Driver Services, if you have one. If you do not have a Georgia driver's license or identification card, you must supply the last four digits of your Social Security number. If you do not have a Social Security number, please write "None" in the boxes.

Personal information such as the month and day of your date of birth, driver's license number, and Social Security number is kept confidential and protected under state law. By providing correct information, you protect yourself from the possibility of a mismatch with other voter information within the statewide voter registration system. Your cooperation assures the accuracy of the registration process for all voters in Georgia.

If you need further assistance or information, please contact our office at

**GWINNETT County Voter Registration**
**75 LANGLEY DRIVE**
**LAWRENCEVILLE 30046**
**678 - 226 - 7210 (Phone)**
**678 - 226 - 7208 (Fax)**

Thank you for your interest in voting and elections in Georgia.

Sincerely,


HOLLY CRAFT

May 05, 2015

REGISTRATION #: 10431287
QWINTRIZE MICHELLE BRANHAM
1005 PEACHTREE LANDING CIR
FAIRBURN GA 30213


Dear Applicant:

The FULTON County Board of Registrars recently received your voter registration application.

When you registered to vote, you filled out an application that gave our office information about who you are. Federal law requires that this information be compared with information on file with your driver's license file at the Department of Driver Services. When that happened, though, there was some information that did not match up. We are writing to let you know how you can clear up any questions about your voter registration application that were raised by this process.

One of the pieces of information that did not match up for you was whether you are a United States Citizen. When you registered to vote, you said that you were a citizen, but the Department of Driver Services record does not match that information. Under state and federal law, you must be a U.S. Citizen in order to register to vote, so this is a very important question to answer.

In order to clear up this question, you should contact this office immediately and provide us with documents that show your citizenship. A list of the types of documents that you could show is included with this letter.

Additionally, the following information you provided on your voter registration application did not match the records at DDS:

**LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: 9012**
**FIRST NAME: QWINTRIZE**
**LAST NAME: BRANHAM**
**DATE OF BIRTH: 03/10/1985**
**GEORGIA DRIVER'S LICENSE OR IDENTIFICATION CARD NUMBER: 099148853**

You may correct the information by clearly printing the requested information directly on this letter and returning it to this office. The required information must be received in this office not later than **Jun 14, 2015**. You may return the required information by personal delivery, mail, email as an attachment, or by facsimile. Failure to provide the required information will result in the rejection of your application.

You may also choose to complete a new voter registration application.

If you have received this notice within 30 days of an election or primary, you may still be able to vote by providing proper identification at the time you request a ballot to be delivered.

Your Polling Place for State and County Elections:

**PRECINCT NAME: FA01A**
**FIRST BAPTIST CHURCH OF FAIRBURN**
**23 MALONE**

**FAIRBURN GA 30213**

TO BE FILLED IN BY APPLICANT:

LAST FOUR DIGITS OF SOCIAL SECURITY NUMBER: _____

FIRST NAME: _____

LAST NAME: _____

DATE OF BIRTH : _____

GEORGIA DRIVER'S LICENSE OR IDENTIFICATION CARD NUMBER: _____

_____     _____     _____

Date                Signature of Applicant       Signature of person helping illiterate or disabled voter

\*NOTE: You must supply a Georgia driver's license number or an identification card number issued by the Georgia Department of Driver Services, if you have one. If you do not have a Georgia driver's license or identification card, you must supply the last four digits of your Social Security number. If you do not have a Social Security number, please write "None" in the boxes.

Personal information such as the month and day of your date of birth, driver's license number, and Social Security number is kept confidential and protected under state law. By providing correct information, you protect yourself from the possibility of a mismatch with other voter information within the statewide voter registration system. Your cooperation assures the accuracy of the registration process for all voters in Georgia.

If you need further assistance or information, please contact our office at

**FULTON County Voter Registration**
**130 PEACHTREE STREET 2186**
**SW**
**ATLANTA 30303-3460**
**404 - 612 - 7035     (Phone)**
**404 - 730 - 8839     (Fax)**

Sincerely,

CYNTHIA THOMAS

List of acceptable documents:

- Birth certificate, issued by a U.S. State (if the person was born in the U.S.), or by the U.S. Department of State (if the person was born overseas and the parents registered the child's birth and U.S. citizenship at birth with the U.S. Embassy or Consulate).

- U.S. Passport, issued by the U.S. Department of State.

- Certificate of Citizenship, issued to a person born outside the U.S. who was still a U.S. citizen at birth, or to a person who later automatically became a U.S. citizen.

- Naturalization Certificate, issued to a person who became a U.S. citizen after birth through the naturalization process.

- A Report of Birth Abroad of a U.S. Citizen

- A Certification of birth issued by the Department of State

- A U.S. Citizen ID card

- An American Indian Card issued by the Department of Homeland Security with the classification code "KIC" (Issued by DHS to identify U.S. citizen members of the Texas Band of Kickapoos living near the U.S./Mexican border).

- Final adoption decree showing the child's name and U.S. birthplace

- Evidence of civil service employment by the U.S. government before June 1976

- An official U.S. military record of service showing a U.S. place of birth

- A Northern Mariana Identification Card (Issued by the INS to a collectively naturalized citizen of the U.S. who was born in the Northern Mariana Islands before November 4, 1986).

- Extract of U.S. hospital record of birth established at the time of the person's birth indicating a U.S. place of birth.

- Life or health or other insurance record showing a U.S. place of birth and was created at least 5 years before the initial application date.

- Federal or State census record showing U.S. citizenship or a U.S. place of birth (Generally for persons born 1900 through 1950).

- Institutional admission papers from a nursing home, skilled nursing care facility or other institution which indicates a U.S. place of birth.

- Medical (clinical, doctor, or hospital) record and was created at least 5 years before the application date and indicates a U.S. place of birth.

- Other document that was created at least 5 years before the application. Document must be one of the following and show a U.S. place of birth: Seneca Indian tribal census record; Bureau of Indian Affairs tribal census records of the Navaho Indians; U.S. State Vital Statistics official notification of birth registration; an amended or delayed U.S. public birth record that is amended more than 5 years after the person's birth; or statement signed by the physician or midwife who was in attendance at the time of birth.

- If other forms of documentation cannot be obtained, documentation may be provided by a written affidavit, signed under penalty of perjury, from two citizens, one of whom cannot be related to the person in question, who have specific knowledge of event(s) establishing the person in question's citizenship status. The person in question or another knowledgeable individual must also submit an affidavit stating why the documents are not available. Affidavits are only expected to be used in rare circumstances.

April 30, 2015

REGISTRATION #: 10056555
BRITTANNY TIANNA THOMAS-PEARSON
3056 KINGS GLEN TRL
DECATUR GA 30034

Dear Applicant:

The DEKALB County Board of Registrars recently received your voter registration application.

In our attempt to process your application, we were advised that information you provided on the application does not match information on file with the Georgia Department of Driver Services and/or the Social Security Administration.

Pursuant to state and federal law, data files are sent to the Department of Driver Services on a daily basis for verification of information provided on voter registration application. This information is kept confidential and matched with motor vehicle records and against records on the Social Security Administration.

Following is the information you provided that did not match the records at DDS:

**FIRST NAME: BRITTANNY**
You may correct the information by clearly printing the requested information directly on this letter and returning it to this office. The required  information must be received in this office not later than **Jun 09, 2015**. You may return the required information by personal delivery, mail, email as an attachment, or facsimile. Failure to provide the required information will result in the rejection of your application.

You may also choose to complete a new voter registration application.

If you have received this notice within 30 days of an election or primary, you may still be able to vote by providing proper identification at the time you request a ballot.

Your Polling Place for State and County Elections:

**PRECINCT NAME: OV**
**OAK VIEW ELEMENTARY SCHOOL**
**3574 OAKVALE RD**
**DECATUR GA 30034 - 0000**

TO BE FILLED IN BY APPLICANT:

FIRST NAME: _____

_____    _____    _____
Date                        Signature of Applicant                  Signature of person helping illiterate or disabled voter

*NOTE: You must supply a Georgia driver's license number or an identification card number issued by the Georgia Department of Driver Services, if you have one. If you do not have a Georgia driver's license or identification card, you must supply the last four digits of your Social Security number. If you do not have a Social Security number, please write "None" in the boxes.

Personal information such as the month and day of your date of birth, driver's license number, and Social Security number is kept confidential and protected under state law. By providing correct information, you protect yourself from the possibility of a mismatch with other voter information within the statewide voter registration system. Your cooperation assures the accuracy of the registration process for all voters in Georgia.

If you need further assistance or information, please contact our office at

**DEKALB County Voter Registration**
**4380 MEMORIAL DRIVE 300**

**DECATUR GA 30032-1239**

**404 - 298 - 4020 (Phone)**
**404 - 298 - 4038 (Fax)**

Thank you for your interest in voting and elections in Georgia.

Sincerely,


WANDA DRAKE
REGISTRATION

April 30, 2015

REGISTRATION #: 10431241
RAYMOND NYESWADEH BUCK
111 RIDGE CREEK DR
CLARKSTON GA 30021


Dear Applicant:

The DEKALB County Board of Registrars recently received your voter registration application.

When you registered to vote, you filled out an application that gave our office information about who you are. Federal law requires that this information be compared with information on file with your driver's license file at the Department of Driver Services. When that happened, though, there was some information that did not match up. We are writing to let you know how you can clear up any questions about your voter registration application that were raised by this process.

One of the pieces of information that did not match up for you was whether you are a United States Citizen. When you registered to vote, you said that you were a citizen, but the Department of Driver Services record does not match that information. Under state and federal law, you must be a U.S. Citizen in order to register to vote, so this is a very important question to answer.

In order to clear up this question, you should contact this office immediately and provide us with documents that show your citizenship. A list of the types of documents that you could show is included with this letter.

You may correct the information by clearly printing the requested information directly on this letter and returning it to this office. The required information must be received in this office not later than **Jun 09, 2015**. You may return the required information by personal delivery, mail, email as an attachment, or facsimile. Failure to provide the required information will result in the rejection of your application.

You may also choose to complete a new voter registration application.

If you have received this notice within 30 days of an election or primary, you may still be able to vote by providing proper identification at the time you request a ballot to be delivered.

Your Polling Place for State and County Elections:
**PRECINCT NAME: IB**
**POLLING PLACE:  INDIAN CREEK ELEMENTARY SCHOOL**
**                         724 N INDIAN CREEK DR**
**                         CLARKSTON GA 30021 - 0000**

_____   _____   _____

Date                     Signature of Applicant            Signature of person helping illiterate or disabled voter


*NOTE: You must supply a Georgia driver's license number or an identification card number issued by the Georgia Department of Driver Services, if you have one. If you do not have a Georgia driver's license or identification card, you must supply the last four digits of your Social Security number. If you do not have a Social Security number, please write "None" in the boxes.

Personal information such as the month and day of your date of birth, driver's license number, and Social Security number is kept confidential and protected under state law. By providing correct information, you protect yourself from the possibility of a mismatch with other voter information within the statewide voter registration system. Your cooperation assures the accuracy of the registration process for all voters in Georgia.

If you need further assistance or information, please contact our office at

**DEKALB County Voter Registration**
**4380 MEMORIAL DRIVE 300**
**DECATUR GA 30032-1239**
**404 - 298 - 4020 (Phone)**
**404 - 298 - 4038 (Fax)**

Thank you for your interest in voting and elections in Georgia.

Sincerely,



SAGE NUNNALLY
REGISTRATION

List of acceptable documents:

- Birth certificate, issued by a U.S. State (if the person was born in the U.S.), or by the U.S. Department of State (if the person was born overseas and the parents registered the child's birth and U.S. citizenship at birth with the U.S. Embassy or Consulate).

- U.S. Passport, issued by the U.S. Department of State.

- Certificate of Citizenship, issued to a person born outside the U.S. who was still a U.S. citizen at birth, or to a person who later automatically became a U.S. citizen.

- Naturalization Certificate, issued to a person who became a U.S. citizen after birth through the naturalization process.

- A Report of Birth Abroad of a U.S. Citizen

- A Certification of birth issued by the Department of State

- A U.S. Citizen ID card

- An American Indian Card issued by the Department of Homeland Security with the classification code "KIC" (Issued by DHS to identify U.S. citizen members of the Texas Band of Kickapoos living near the U.S./Mexican border).

- Final adoption decree showing the child's name and U.S. birthplace

- Evidence of civil service employment by the U.S. government before June 1976

- An official U.S. military record of service showing a U.S. place of birth

- A Northern Mariana Identification Card (Issued by the INS to a collectively naturalized citizen of the U.S. who was born in the Northern Mariana Islands before November 4, 1986).

- Extract of U.S. hospital record of birth established at the time of the person's birth indicating a U.S. place of birth.

- Life or health or other insurance record showing a U.S. place of birth and was created at least 5 years before the initial application date.

- Federal or State census record showing U.S. citizenship or a U.S. place of birth (Generally for persons born 1900 through 1950).

- Institutional admission papers from a nursing home, skilled nursing care facility or other institution which indicates a U.S. place of birth.

- Medical (clinical, doctor, or hospital) record and was created at least 5 years before the application date and indicates a U.S. place of birth.

- Other document that was created at least 5 years before the application. Document must be one of the following and show a U.S. place of birth: Seneca Indian tribal census record; Bureau of Indian Affairs tribal census records of the Navaho Indians; U.S. State Vital Statistics official notification of birth registration; an amended or delayed U.S. public birth record that is amended more than 5 years after the person's birth; or statement signed by the physician or midwife who was in attendance at the time of birth.

- If other forms of documentation cannot be obtained, documentation may be provided by a written affidavit, signed under penalty of perjury, from two citizens, one of whom cannot be related to the person in question, who have specific knowledge of event(s) establishing the person in question's citizenship status. The person in question or another knowledgeable individual must also submit an affidavit stating why the documents are not available. Affidavits are only expected to be used in rare circumstances.

May 19, 2015


ARON SMITH
5885 SABLE CHASE LN
ATLANTA GA 30349


Dear Applicant:

Your voter registration application has been rejected due to non-receipt of information
previously requested by our office.

To register, you will need to complete the enclosed application with all required information
(race, gender, and telephone number are OPTIONAL) or register through the Secretary of State
Elections Division's Website at https://registertovote.sos.ga.gov. You may also access Online
Voter Registration by downloading the GA Votes App.

                                              

For Android                                                      For Apple

If you have any questions, please contact our office.

**FULTON County Voter Registration**
**130 PEACHTREE STREET 2186**
**SW**
**ATLANTA  30303 - 3460**
**404 - 612 - 7020 (Phone)**
**404 - 730 - 7024 (Fax)**
**BOARDOFELECTIONS@ROCKDALECOUNTY.ORG**


Sincerely,




CYNTHIA THOMAS