**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

|  |  |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; and GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization;<br><br>     Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>     Defendant. | Civil Action<br>Case No. _____<br><br><br>**EXPEDITED CONSIDERATION REQUESTED**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' EMERGENCY MOTION FOR
<u>PRELIMINARY INJUNCTION</u>**

1.      Pursuant to Rule 65 of the Federal Rules of Civil Procedure and for

the reasons set forth in Plaintiffs' Memorandum of Points and Authorities in

Support, Plaintiffs Georgia State Conference of the NAACP, the Georgia

Coalition for the People's Agenda, Inc., and Asian Americans Advancing Justice-

Atlanta, Inc. (collectively, "Plaintiffs") respectfully move the Court for a

preliminary injunction enjoining the Defendant, Georgia Secretary of State Brian

Kemp, from enforcing a discriminatory policy that will otherwise prevent thousands of eligible Georgia residents from voting on November 8.  Specifically, Plaintiffs request that pending final judgment of this case on the merits this Court order that Defendants:

(a) discontinue the practice of automatically cancelling the registration status of applicants previously placed into pending status who fail to remedy the mismatch or discrepancy within forty days of the issuance of the notification letter;

(b) permit all applicants whose registration applications have not been fully processed or have been cancelled as a result of the Georgia voter registration verification protocol to cast a regular ballot during the early voting period and on Election Day if they present appropriate ID; and

(c) maintain, preserve, and not destroy any and all records relating to the Georgia voter registration verification program.

2.     Plaintiffs have submitted a brief detailing the bases for granting such relief and attach the following evidence in support this motion:

i.     Exhibit 1 – the declaration of Francys Johnson, President of Plaintiff the Georgia State Conference of the National Association for the Advancement of Colored People, who describes Georgia's

administrative procedures for processing voter registration applications and the effects of those procedures upon members and/or benefactors of her organization;

ii.   Exhibit 2 – the declaration of Helen Butler, Executive Director of Plaintiff the Georgia Coalition for the Peoples' Agenda, who describes Georgia's administrative procedures for processing voter registration applications and the effects of those procedures upon members and/or benefactors of her organization;

iii.   Exhibit 3 – the declaration of Stephanie Cho, Executive Director of Plaintiff Asian Americans Advancing Justice-Atlanta, who describes Georgia's administrative procedures for processing voter registration applications and the effects of those procedures upon members and/or benefactors of her organization;

iv.   Exhibit 4 – the declaration and report of Gary Bartlett who opines regarding the burdens created by Georgia's administrative procedures for processing voter registration applications and the racially discriminatory effects of that process and to whose report exhibits supporting his opinions are attached;

v.    Exhibit 5 – the declaration and report of Christopher Brill who opines regarding the burdens created by Georgia's administrative procedures for processing voter registration applications and the racially discriminatory effects of that process;

vi.    Exhibit 6 – the declaration and report of Dr. Michael McDonald who opines regarding the burdens created by Georgia's administrative procedures for processing voter registration applications and the racially discriminatory effects of that process;

vii.    Exhibit 7 – the declaration of Amos Amodau Boadai, a voter registration applicant, whose application was rejected due to the administrative process at issue in this action;

viii.    Exhibit 8 – the declaration of Julie Houk, Senior Special Counsel for the Voting Rights Project of the Lawyers' Committee for Civil Rights Under Law, who describes her negotiations with the Secretary of State and to which documentary evidence of those negotiations is attached.

ix.    Exhibit 9 – excerpts from a deposition of Merritt Beaver taken under Federal Rule of Civil Procedure 30(b)(6); and

x.    Exhibit 10 – the declaration of Elton Garcia-Castillo, a voter

registration applicant, whose application was rejected due to the administrative process at issue in this action.

3.      Plaintiffs request expedited consideration of this motion for a preliminary injunction pursuant to Local Rule 7.1.  Expedited consideration is necessary because the voter registration deadline and election are fast approaching:  Georgia's voter registration deadline for the upcoming 2016 general election is October 11, 2016, and Election Day is November 8, 2016.  Plaintiffs seek to ensure that eligible voter registration applicants are able to vote in the upcoming presidential election without being subject to an illegal, discriminatory precondition to voting.

4.      Plaintiffs respectfully request that the Court set this motion for a hearing and/or permit oral argument.


Dated: September 14, 2016          Respectfully submitted,

                                   By:   /s/ James W. Cobb
                                   James W. Cobb
                                   Georgia Bar No. 420133
                                   Amy Michaelson Kelly
                                   Georgia Bar No. 215108
                                   T. Brandon Waddell
                                   Georgia Bar No. 252639
                                   Caplan Cobb LLP
                                   75 Fourteenth Street, N.E.

Atlanta, Georgia 30309
Telephone:   (404) 596-5600
Facsimile:   (404) 596-5604
jcobb@caplancobb.com
akelly@caplancobb.com
bwaddell@caplancobb.com

Ezra D. Rosenberg (*pro hac vice – to be filed*)
Julie Houk (*pro hac vice – to be filed*)
John Powers (*pro hac vice – to be filed*)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
Telephone:   (202) 662-8600
Facsimile:    (202) 783-0857
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org

Michelle Kanter Cohen (*pro hac vice – to be filed*)
Sarah Brannon* (*pro hac vice – to be filed*)
Niyati Shah** (*pro hac vice – to be filed*)
Project Vote
1420 K Street NW, Suite 700
Washington, D.C. 20005
Telephone:   (202) 546-4173
Facsimile:    (202) 733-4762
mkantercohen@projectvote.org
sbrannon@projectvote.org
nshah@projectvote.org
*Authorized to practice only
in Maryland.  Practice in DC limited to cases in
federal court.
**Admitted in New Jersey & New York.  Practice
in DC limited to cases in federal court.

Vilia Hayes (*pro hac vice – to be filed*)
David Wiltenburg (*pro hac vice – to be filed*)

Gregory Farrell (*pro hac vice – to be filed*)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone:   (212) 837-6000
Facsimile:    (212) 422-4726
vilia.hayes@hugheshubbard.com
david.wiltenburg@hugheshubbard.com
gregory.farrell@hugheshubbard.com

J. Gerald Hebert (*pro hac vice – to be filed*)
Danielle Lang (*pro hac vice – to be filed*)
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, D.C. 20005
Telephone:   (202) 736-2200
Facsimile:    (202) 736-2222
GHebert@campaignlegalcenter.org
DLang@campaignlegalcenter.org

Aderson B. Francois (*pro hac vice – to be filed*)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 312
Washington, D.C. 20001-2075
Telephone:   (202) 661-6701
Facsimile:    (202) 662-9634
abf48@law.georgetown.edu

*Counsel for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 14th day of September, 2016, I electronically

filed the foregoing with the Clerk of the Court using the CM/ECF system and have

caused a copy to be delivered to the Secretary of State by hand-delivery at:

Brian Kemp
Georgia Secretary of State and Chief Election Official
c/o Sam Olens, Attorney General
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*/s/ James W. Cobb*
James W. Cobb