IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; and GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization;<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>    Defendant. | CIVIL ACTION<br>NO. 2:16-cv-219-WCO |

## **ORDER**

This case is before the court for consideration of plaintiffs Asian Americans Advancing Justice-Atlanta, Inc. ("AAAJ"), Georgia Coalition for the Peoples' Agenda, Inc. ("GCPA"), and Georgia State Conference of the NAACP's ("Georgia NAACP") oral motion to withdraw their motion for preliminary injunction and defendant Brian Kemp's motion for extension of time for 60 days to file responsive pleadings. The court heard from the parties on these issues during a telephone conference on September 23, 2016, and verbally granted both motions. This order serves merely to memorialize those rulings.

The parties appear to be working toward a resolution in this matter. Contingent upon defendant's good faith attempts to provide plaintiffs with their requested relief, plaintiffs have moved to withdraw their motion for preliminary injunction. Likewise, while the parties attempt to sort out technical issues with the voter database, defendant has requested a 60-day extension of time to file any responsive pleadings in this case. In light of these developments, the court finds both motions to be appropriate at this time.

Accordingly, plaintiffs' motion to withdraw their motion for preliminary injunction is hereby **GRANTED without prejudice**. Defendant's motion for extension of time for 60 days to file responsive pleadings is also hereby **GRANTED**.

IT IS SO ORDERED, this 28th day of September, 2016.

s/*William C. O'Kelley*  
William C. O'Kelley  
Senior United States District Judge