## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| **GEORGIA STATE CONFERENCE OF** | * | |
| **THE NAACP, as an organization;** | * | |
| **ASIAN AMERICANS ADVANCING** | * | |
| **JUSTICE-ATLANTA, INC., as an** | * | |
| **organization; and GEORGIA** | * | |
| **COALITION FOR THE PEOPLES** | * | **CA No. 2:16CV219-WCO** |
| **AGENDA, INC., as an organization,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **BRIAN KEMP, in his official capacity** | * | |
| **as Secretary of State for the State of** | * | |
| **Georgia,** | * | |
| | * | |
| **Defendants.** | * | |

## *CONSENT* MOTION FOR EXTENSION OF TIME
## TO FILE ANSWER

Comes Now Defendant, Brian Kemp, and hereby moves for an extension of time, of **THIRTY (30) DAYS** to file a RESPONSE to Plaintiffs' Complaint. In support Defendant states that:

1. Defendant's Response in this action is currently due on February 20, 2017;

2. The parties have reached a settlement in this action;

3. Defendant seeks an extension of time to provide the parties with sufficient time to complete implementation of their agreement and then file a stipulation of dismissal;

4.  The undersigned counsel has conferred with Plaintiffs' counsel and is

    authorized to state that Plaintiffs have no objection to this extension of time;

5.  A proposed Order is attached for the Court's convenience.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General          112505

DENNIS R. DUNN          234098
Deputy Attorney General

RUSSELL D. WILLARD   760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA          188620
Assistant Attorney General

Attorneys for Defendant

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed Defendant Brian Kemp's Consent Motion for Extension of Time using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Julie Houk | Gerald Hebert |
| John Powers | Danielle Lang |
| Ezra Rosenberg | Campaign Legal Center |
| Lawyers' Committee for Civil Rights | 1411 K Street NW |
|    Under Law | Washington, DC  20005 |
| 1401 New York Avenue, Suite 400 | |
| Washington, DC  20005 | |
| | |
| James Cobb | Michelle Kanter Cohen |
| Timothy Brandon Waddell | Niyati Shah |
| Amy Michaelson Kelly | Sarah E. Brannon |
| Caplan Cobb LLP, Suite 2750 | Project Vote |
| 75 Fourteenth Street, NE | 1420 K. Street NW |
| Atlanta, GA  30309 | Washington, D.C.  20005 |
| | |
| Aderson B. Francois | Gregory Farrell |
| Georgetown University Law Center | Vilia Hayes |
| 600 New Jersey Avenue | Hughes Hubbard & Reed |
| Washington, DC  20001 | One Battery Park Plaza |
| | New York, NY  10004 |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  NONE

This 9th day of February, 2017.

/s/Cristina Correia
Cristina Correia          188620
Assistant Attorney General

3