**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; and GEORGIA COALITION FOR THE PEOPLES AGENDA, INC., as an organization,** | * | |
| **Plaintiffs,** | * | **CA No. 2:16CV219-WCO** |
| **v.** | * | |
| **BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,** | * | |
| **Defendants.** | * | |

## ORDER

This matter is before the Court on Defendant's Consent Motion to Extend the Time to File a Response to the Complaint. For good cause shown, the Motion is hereby **GRANTED**. Defendant's time to respond to the complaint is extended through and including March 22, 2017.

SO ORDERED this ____ day of _____________, 2017.

_____________________________
Hon. William C. O'Kelley
Judge, United States District Court
Northern District of Georgia

Prepared by:

Cristina Correia
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325