IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, INC., as an organization; and GEORGIA COALITION FOR THE PEOPLES AGENDA, INC., as an organization, | * * * * * * * * | |
| Plaintiffs, | * * | CA No. 2:16CV219-WCO |
| v. | * * | |
| BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, | * * * * | |
| Defendants. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties in the above referenced litigation and hereby stipulate pursuant to the terms of a settlement agreement entered between them that the above-styled action be dismissed with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A), with the Defendants to bear their own costs and attorneys' fees.

Respectfully submitted, this 28th day of March, 2017.

1

FOR THE PLAINTIFFS:                                FOR DEFENDANT:


*/s/ Julie Marie Houk*                             */s/ Cristina M. Correia*
Ezra David Rosenberg
Julie Marie Houk                                   Christopher M. Carr
John Michael Powers                                Attorney General
Lawyers' Committee for Civil                       Annette M. Cowart
Rights Under Law                                   Deputy Attorney General
1401 New York Avenue, NW Suite 400
Washington, DC  20005                              Russell D. Willard
                                                   Senior Assistant Attorney General

                                                   Cristina M. Correia
*/s/ Michelle Kanter Cohen*                        Assistant Attorney General
Michelle Kanter Cohen                              Georgia Department of Law
Niyati Shah*                                       40 Capitol Square SW
Sarah E. Brannon**                                 Atlanta, GA  30334
Project Vote
1420 K Street NW
Suite 700                                          Attorneys for Defendant
Washington, DC  20005

*\*Admitted in New Jersey & New York.  Practice in DC limited to cases in federal court.*
*\*\*Authorized to practice only in Maryland.  Practice in DC limited to cases in federal court.*


*/s/ J. Gerald Hebert*
J. Gerald Hebert
Danielle M. Lang
Campaign Legal Center
1411 K Street NW
Washington, DC  20005

2

/s/ *James W. Cobb*
James William Cobb
Timothy Brandon Waddell
Amy Michaelson Kelly
Caplan Cobb LLP
Suite 2750
75 Fourteenth Street, NE
Atlanta, GA  30309


/s/ *Vilia B. Hayes*
Vilia B. Hayes
Gregory Farrell
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004


/s/ *Aderson B. Francois*
Aderson B. Francois
Georgetown Univ. Law Center
600 New Jersey Avenue
Washington, DC  20001

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 28th day of March, 2017.

>
> */s/ James W. Cobb*
> James W. Cobb
> Georgia Bar No. 420133
> jcobb@caplancobb.com
> **CAPLAN COBB LLP**
> 75 Fourteenth Street NE
> Suite 2750
> Atlanta, GA 30309
> Tel: (404) 596-5600
> Fax: (404) 596-5604
>
> *Attorney for Plaintiffs*